Supp. 151; 157 App. Div. 934, 142 N. Y. Supp. 1146.

SOVINSKY, Respondent, v. STEINBERG et al., Appellants. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Annie Sovinsky against Frances Steinberg and another. E. J. Walsh, of New York City, for appellants. M. Feltenstein, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SPILLER v. GROSSCUP. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Isabel R. Spiller against William H. Grosscup. No opinion. Motion granted, with $10 costs. Order filed.

In re SPIRO. (Supreme Court, Appellate Division, Second Department. December 19, 1913.) In the matter of David Spiro, an attorney. No opinion. The conduct of the respondent requires our censure. In view, however, of his frank admission and complete restitution, we think that no further action is required.

SPIRO v. ELIAS. (Supreme Court, Appellate Division, First Department. December 12, 1913.) In the matter of Abraham I. Spiro, an attorney. Action by Joseph Cohen, as administrator, etc., against Joseph Elias. N. S. Goetz, of New York City, for appellant. A. I. Spiro, of New York, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STAPLES et al. v. MEAD et al. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Action by Frank T. Staples and another, as ancillary executors, etc., against Sarah Frances Mead and others. No opinion. Judgment affirmed. See, also, 152 App. Div. 745, 137 N. Y. Supp. 847.

STARBUCK, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Ida A. Starbuck, as administratrix, etc., of Henry Starbuck, deceased, against the Erie Railroad Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that the verdict is against the weight of evidence as to the negligence of the defendant and decedent's freedom from contributory negligence. See, also, 154 App. Div. 955, 139 N. Y. Supp. 1145.

STEPHEN COLLETTI CO., Respondent, v. L'HOMMEDIEU et al., Appellants. (Supreme Court, Appellate Division, First Department. November 21, 1913.) Action by the Stephen Colletti Company against William A. L'Hommedieu and another. P. B. Adams, of New York City, for appellants. M. M. Menken, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

STERN et al., Respondents, v. LAEMMLE et al., Appellants. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Joseph W. Stern and another against Carl Laemmle and others. W. G. Morse, of New York City, for appellants. T. B. Richter, of New York City, for respondents. No opinion. Judgment affirmed, with costs, with leave to defendants to withdraw demurrers and answer on payment of costs. Order filed.

STRICKLAND, Appellant, v. STRICKLAND, Respondent. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Action by Jessie Strickland against Frank Strickland.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion to punish for contempt granted, and proceedings remitted to the Special Term to determine the nature and extent of the punishment therefor. But this decision is without prejudice to an application to such Special Term by defendant to be permitted to pay the arrears of alimony in installments, and, pending such payment, to be relieved from imprisonment, or to an application upon proper papers and due notice to have the amount of such alimony reduced.

STROCKBINE, Appellant, v. HARRIMAN, Respondent. (Supreme Court, Appellate Division, Second Department. November 28, 1913.) Action by Walter F. Strockbine against Frank H. Harriman. No opinion. So much of the order of the County Court of Nassau County as is appealed from affirmed, with $10 costs and disbursements.

SULLIVAN, Respondent, v. GRAHAM, Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1913.) Action by James Sullivan against Elizabeth J. Graham. No opinion. Judgment affirmed, with costs.

SULTAN OF TURKEY, Appellant, v. TIRYAKIAN et al., Respondents. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by the Sultan of Turkey against Haroutyoun Tiryakian and another. E. J. Dryer, of New York City, for appellant. G. S. Kebabian, of New York City, for respondents. No opinion. Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. Order filed.

In re SWAN et al. (Supreme Court, Appellate Division, First Department. November 7, 1913.) In the matter of Joseph R. Swan and others. No opinion. Appeal dismissed with $10 costs. Settle order on notice. See, also, 158 App. Div. 568, 143 N. Y. Supp. 910.